|                        |                                                                 |
| ---------------------- | --------------------------------------------------------------- |
| UNITED STATES DISTRICT COURT |                                                           |
| DISTRICT OF NEVADA     |                                                                 |

Terence E. Ruben,

    Plaintiff

v.

City of Las Vegas, et al.,

    Defendants

2:17-cv-01003-JAD-VCF

**Order Adopting Report and Recommendation and Dismissing Case With Prejudice**

[ECF No. 8]

    Pro se plaintiff Terence E. Ruben brings this civil-rights case against the City of Las Vegas and Texas City, alleging multiple instances in which police officers violated his constitutional rights.[1] On May 10, 2017, Magistrate Judge Cam Ferenbach screened Ruben's original complaint and concluded that all of his claims are time-barred by the applicable statutes of limitations.[2]

    Ruben amended his complaint, realleging the time-barred claims, including new claims that his constitutional rights were violated because he was incarcerated after he turned himself in for warrants for his arrest, and requesting $10 million in damages.[3] Judge Ferenbach told Ruben once again that several of his claims were time-barred and advised him that the new claims did not contain sufficient factual allegations to determine jurisdiction.[4] Ruben was cautioned that, if the new claims were for incarcerations in Texas, the District of Nevada would likely not have

---

[1] ECF Nos. 1-1, 4, 5.

[2] ECF No. 3.

[3] ECF No. 5.

[4] ECF No. 6 at 2.

jurisdiction to enter any judgment against the government of Texas City.[5] So Judge Ferenbach gave Ruben one more chance to amend his complaint by December 15, 2017, and warned him that failure to timely file a second-amended complaint would result in his recommendation that this case be dismissed with prejudice.[6]

The deadline to file a second-amended complaint has now passed, and Ruben has failed to do so. True to his word, Magistrate Judge Ferenbach recommends that I dismiss this case. The report and recommendation was issued on December 18, 2017, making January 1, 2018, the deadline to file objections. That deadline, too, has passed, and Ruben has not objected. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[7] Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Ferenbach's report and recommendation **[ECF No. 8] is ACCEPTED and ADOPTED**. This case is **DISMISSED with prejudice**. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

DATED: January 4, 2018.

_____
U.S. District Judge Jennifer A. Dorsey

---

[5] *Id.* Ruben was also advised to correct his mailing address that is on file with the court because previous correspondence was returned as undeliverable.

[6] *Id.*

[7] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).